

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00714-CV

**IN RE** Robert Charles **SNIP,** M.D., in his Personal Capacity and as the
Independent Executor of the Estate of Russell Thorn Snip, M.D., Deceased

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  November 13, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On October 16, 2013, relator filed a petition for writ of mandamus complaining of the trial court's order granting the defendants' motion to transfer venue. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-08765, styled *Robert Charles Snip, M.D., in his personal capacity, and as the Independent Executor of the Estate of Russell Thorn Snip, M.D., Deceased v. HEI Resources, Inc., Charles Reed Cagle, Joel Held, and Baker & McKenzie, LLP*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.